[No. 5400–4–III. Division Three. January 17, 1984.]

*In the Matter of* JACLYN D. BERNEY.

LORI A. BERNEY, *Appellant,* v. MARY LOU VOLLAND, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 82–5–00039–6, Harry Hazel, J. Pro Tem., entered August 19, 1982. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 5414–4–III. Division Three. January 17, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DONIS WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 82–1–00322–6, Ted Kolbaba, J., entered September 23, 1983. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 5250–8–III. Division Three. January 17, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILLIP MICHAEL YOUNG, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 5846, Charles W. Cone, J., entered June 22, 1982. *Remanded with instructions* by unpublished per curiam opinion.